IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARJORIE CHILDRESS

    Plaintiff,

vs.                                                                                             No. CIV 20-0136 JB\JHR

DESILVA AUTOMOTIVE SERVICES, LLC;
PALMER ADMINISTRATIVE SERVICES,
INC.; VAJIRA SAMARATNE; and PAYLINK
PAYMENT PLANS, LLC,

    Defendants.

**FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on: (i) the Motion for Entry of Judgment, filed July 29, 2020 (Doc. 47)("Motion"); and (ii) the Memorandum Order and Opinion, filed August 31, 2020 (Doc. 55)("MOO").  In the Motion, Plaintiff Marjorie Childress notifies the Court that she timely has accepted the Defendants' Offer of Judgment under rule 68 of the Federal Rules of Civil Procedure.  See Motion at 1.  In the MOO, the Court addresses the parties' disputes regarding the form and content of a Final Judgment in this matter.  See MOO at 18-19.  With no more claims or disputes remaining in this case, the Court now enters Final Judgment.

      **IT IS ORDERED** that: (i) Final Judgment is entered in Plaintiff Marjorie Childress' favor; (ii) the Defendants shall pay Childress $25,000.00, which includes attorney's fees and costs accrued until July 10, 2020; (iii) Childress is entitled to post-judgment interest at .13%; and (iv) the Defendants' Offer of Judgment does not constitute an admission of liability or an acknowledgement that Childress has suffered damages in this matter.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Sid Childress
Santa Fe, New Mexico

    *Attorney for the Plaintiff*

Greg Biehler
Lewis Brisbois Bisgaard & Smith, LLP
Albuquerque, New Mexico

--and--

Allison M. Scott
Ashley R. Fickel
Dykema Gossett LLP
Los Angeles, California

    *Attorneys for the Defendants*